NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC.,**
*Plaintiff-Appellants,*

**v.**

**NOKIA CORPORATION, NOKIA INC., FUJITSU LIMITED, FUJITSU AMERICA, INC., FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., ALL AROUND CO. LTD., BOE-HYDIS TECHNOLOGY CO. LTD., PICVUE ELECTRONICS LIMITED, CURITEL COMMUNICATIONS, INC., KONINKLIJK PHILIPS ELECTRONICS N.V., HIGH TECH COMPUTER CORPORATION, WISTRON CORPORATION, MATSUSHITA ELETRICAL INDUSTRIAL CO., MATSUSHITA ELECTRONICAL CORPORATION OF AMERICA, SEIKO EPSON CORPORATION, ARGUS (also known as Hartford Computer Group.), TOSHIBA AMERICA, INC., and TOSHIBA CORPORATION,**
*Defendants,*

**and**

**FUJIFILM CORPORATION and FUJIFILM U.S.A.,**
*Defendants-Appellees,*

**and**

**SAMSUNG SDI AMERICA INC. and SAMSUNG SDI**

**CO. LTD.,**
*Defendants-Appellees.*

---

2010-1121

---

Appeal from the United States District Court for the District of Delaware in consolidated Case Nos. 04-CV-1337, 04-CV-1338, 04-CV-1536, and 05-CV-0874, Judge Joseph J. Farnan, Jr.

---

**JUDGMENT**

---

MARTIN R. LUECK, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, Minnesota, argued for plaintiffs-appellants. With him on the brief were MATTHEW L. WOODS and STACIE E. OBERTS.

LAWRENCE ROSENTHAL, Stroock & Stroock & Lavan LLP, of New York, New York, argued for defendants-appellees Fujifilm Corporation, et al. With him on the brief were IAN G. DIBERNARDO, ANGIE M. HANKINS, and MATTHEW W. SIEGAL.

STEPHEN S. KORNICZKY, Sheppard, Mullin, Richter & Hampton LLP, of San Diego, California, argued for defendants-appellees Samsung SDI America Inc., et al.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 1, 2010          /s/ Jan Horbaly
       Date                Jan Horbaly
                           Clerk